670

435 A.2d 1216

COMMONWEALTH of Pennsylvania

v.

Eugene McLAUGHLIN, Jr., Appellant.

Supreme Court of Pennsylvania.

Submitted Sept. 14, 1981.

Decided Oct. 29, 1981.

John H. Corbett, Jr., Chief, Appellate Div., Public Defender's Office, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Kathryn L. Simpson, Kemal A. Mericli, Asst. Dist. Attys., Pittsburgh, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

OPINION OF THE COURT

PER CURIAM:

Judgment of sentence affirmed.